JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EDER CRUZ-SALGUERO,<br><br>    Defendant. | Case No. 2:20-cr-00156-RFB-DJA<br><br>Government's Motion for Leave to Dismiss Indictment Without Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) |

The United States of America by Jason M. Frierson, United States Attorney for the District of Nevada, and Jacob H. Operskalski, Assistant United States Attorney, requests leave of Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the Criminal Indictment filed on July 8, 2020, ECF Doc. 1, as to defendant Eder Cruz-Salguero.

\\

\\

\\

\\

Defendant is in custody on the captioned matter and is subject to a U.S. Immigration and Customs Enforcement detainer. ECF Docs. 87, 100, and 120. Upon information and belief, defendant will be transferred to ICE custody once the captioned indictment is dismissed.

Respectfully submitted December 12, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00156-RFB-DJA |
| Plaintiff, | [PROPOSED] ORDER of Dismissal |
| vs. | |
| EDER CRUZ-SALGUERO, | |
| Defendant. | |

This matter coming before the Court on the Government's Motion for Leave to Dismiss the Indictment as to Eder Cruz-Salguero without prejudice pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Indictment is dismissed as to Eder Cruz-Salguero without prejudice.

DATED this __30th__ day of December, 2022.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1